AMERICAN PRESS ASSOCIATION, Respondent, *v.* MAY THORNE BRANTINGHAM, Respondent, and WESTCHESTER TRUST COMPANY, Appellant.

Reported below, 75 App. Div. 435.
(Argued January 5, 1903; decided January 13, 1903.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial

department, entered November 19, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous, and a question of fact only was involved.

*Alex Thain* for motion.

*Joseph J. Cunningham* opposed.

Motion denied, without costs.